UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAMERON COREY LEIGH GREEN, #2466-21, | § § § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:21-cv-2262-B |
| ELLIS COUNTY SHERIFF'S DEPT., ENNIS POLICE DEPT., and STATE OF TEXAS, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: November 15, 2021.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE